**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1285**

EMMA VICTORIA HOWARD,

        Plaintiff - Appellant,

    v.

UNC HEALTHCARE SYSTEM; NORMAN KLASE, Human Resource Manager
In His Official Capacity; SUSAN PHILLIPS, Vice President For
Surgical Services, Individually and In Her Official
Capacity; PATT STURDIVANT, Chief Anesthesia Technician,
Individually and In Her Official Capacity; GAIL WALKER,
Team-Leader For Anesthesia Technicians & Central Supply
Technicians, Individually and In Her Official Capacity;
BONNIE OVERMAN, American Disability Agent & Equal Employment
Opportunity Agent, Individually and In Her Official
Capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. William L. Osteen,
Jr., District Judge. (1:10-cv-00047-WO-PTS)

Submitted: August 25, 2011      Decided: August 29, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emma Victoria Howard, Appellant Pro Se. Celia Grasty Lata, UNC
HOSPITALS/UNC HEALTH CARE, Chapel Hill, North Carolina, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma Victoria Howard appeals the district court's order adopting the recommendation of the magistrate judge and dismissing her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Howard v. UNC Healthcare Sys., No. 1:10-cv-00047-WO-PTS (M.D.N.C. Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED